UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Christopher F. Nesbitt, Sr.

    v.         Case No.  07-cv-266-SM

Mark Sambataro and
Richard Oliveri

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

February 11, 2008

_____
Steven J. McAuliffe
Chief Judge

cc: Christopher F. Nesbitt, Sr., pro se
   Brian J.S. Cullen, Esq.